THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. CHRISTOPHER KNOTT, Defendant-Appellant.

First District (5th Division)   No. 1—85—3248

Opinion filed December 27, 1991.—Rehearing denied January 29, 1992.

The above-captioned case, filed December 27, 1991, was vacated pursuant to an order entered by the Illinois Supreme Court on October 15, 1993.